```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
UNITED STATES OF AMERICA,

         - against -                        13cr989 (JGK)

ELIAS DANIEL GONZALEZ,                      ORDER

                Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The conference in this matter is adjourned to May 26, 2020 at 10:30 AM.

**SO ORDERED.**

**Dated:    New York, New York**
          **April 1, 2020**         \_\_\_\_\_/s/ John G. Koeltl_____
                                        **John G. Koeltl**
                               **United States District Judge**