```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————
UNITED STATES OF AMERICA

        - against -                        13cr989 (JGK)

ELIAS DANIEL GONZALEZ,                     ORDER

                Defendant.
————————————————————————————————
```

**JOHN G. KOELTL, District Judge:**

The May 26, 2020 conference is adjourned to June 8, 2020 at 10:30 AM.

**SO ORDERED.**

**Dated:**   New York, New York
            May 22, 2020               ____/s/ John G. Koeltl____
                                            John G. Koeltl
                                       United States District Judge