**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

       - against -                     13-cr-989 (JGK)

**ELIAS DANIEL GONZALEZ,**             <u>ORDER</u>

              Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The July 29, 2020 hearing is adjourned to September 23, 2020 at 11:30 AM.

**SO ORDERED.**

**Dated:**    **New York, New York**
             **July 17, 2020**

                                           /s/ John G. Koeltl
                                       **John G. Koeltl**
                            **United States District Judge**