March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                      **CONSENT TO PROCEED BY**
                                                      **TELECONFERENCE**

-v-

ELIAS GONZALEZ                             13 -CR- (989)(JGK)

                    Defendant(s).
-----------------------------------------------------------------X

Defendant  ELIAS GONZALEZ  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

____ Plea/Trial/Sentence

_____                   *[signature]*
Defendant's Signature                                                Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

ELIAS GONZALEZ                                       ROBERT LAUREANO
Print Defendant's Name                                   Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

12/21/21
Date                                                   U.S. District Judge/U.S. Magistrate Judge